396 A.2d 29

Commonwealth v. William Walter Higgins, Appellant.

Submitted April 11, 1977. Christine McClure, for appellant; Robert H. Chase, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.